IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CARLTON UNDERWOOD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | 5 : 10-CV-151 (TQL) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Plaintiff herein filed this Social Security appeal on April 14, 2010, challenging the

Commissioner's final decision denying his application for disability benefits, finding him not

disabled within the meaning of the Social Security Act and Regulations.  (Doc. 1).  Presently

pending in this action is the undersigned's Report and Recommendation. (Doc. 13).

Both parties have consented to have the above-styled case proceed before a United States

Magistrate Judge. (*See* Doc. 14).  As the docket did not reflect at the time that Plaintiff had

consented to proceed before a United States Magistrate Judge, on August 18, 2011, the

undersigned submitted a Report and Recommendation to the district judge assigned to this case.

(Doc. 13).  Due to the consent of both parties, the case was reassigned to U.S. Magistrate Judge

Thomas Q. Langstaff on August 24, 2011.  (Doc. 15).

On September 2, 2011, Plaintiff filed an Objection to the Report and Recommendation.

(Doc. 16).  Plaintiff objects to the undersigned's recommendation regarding Plaintiff's allegation

that the ALJ incorrectly applied the "medical improvement standard".  The Court has carefully

reviewed and considered Plaintiff's Objection, and finds that the Objection is without merit.

Accordingly, the Report and Recommendation filed by the undersigned on August 18, 2011 (Doc. 13) is hereby **ADOPTED** and made the Order of this Court.  As the Commissioner's final decision in this matter is supported by substantial evidence and was reached through a proper application of the legal standards, the Commissioner's decision is hereby **AFFIRMED** pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this 7th day of September, 2011.

s/ ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE

llf